554 A.2d 19

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Dawn D. GRETZ, Respondent.**

Supreme Court of Pennsylvania.

Feb. 1, 1989.

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted. The order of the Superior Court, 538 A.2d 976, is reversed.

*Commonwealth v. Towns,* 517 Pa. 389, 537 A.2d 1361 (1988) (per curiam). Judgment of sentence of the Court of Common Pleas of Chester County is reinstated.

The panel in *Towns* rejected this argument as "specious". The court held that the statutory language clearly focuses on the defendant's status at the time of sentencing; if, at the time of sentencing, the defendant has previously been convicted, it matters not in what sequence the arrests or other events occurred. Judgment of sentence was affirmed by *per curiam* order. Although the panel decision in *Towns* was supported by an unpublished memorandum, which of itself could not have been cited as precedential, our *per curiam* affirmance constituted a binding decision of precedential authority on the question presented to and accepted for review by this Court. *See Clarke v. Western Assurance Co.,* 146 Pa. 561, 570, 23 A. 248 (1892). The contrary decision of the panel in this case was, therefore, error and must be reversed.